[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 392.]

MOLEK ET AL., APPELLANTS, *v*. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Molek v. State Farm Mut. Auto. Ins. Co.*, 1997-Ohio-264.]

*Insurance—Automobile liability—Each person covered by an uninsured motorist policy who is asserting a claim for loss of consortium has a separate claim subject to a separate per person policy limit—Provision in insurance policy which reaches a contrary result is unenforceable.*

(No. 96-1639—Submitted December 11, 1996—Decided February 5, 1997.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 69480.

————————————

*Joseph L. Coticchia*, for appellants.

*Meyers, Hentemann, Schneider & Rea Co., L.P.A., Henry A. Hentemann* and *J. Michael Creagan*, for appellee.

————————————

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Schaefer v. Allstate Ins. Co.* (1996), 76 Ohio St.3d 553, 668 N.E.2d 913.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————